IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 4:21CR 65 |
| | § | Judge Mazzant |
| DAVID SCHOOLCRAFT | § | |

**FILED MAR 1 0 2021**
Clerk, U.S. District Court
Texas Eastern

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Distribution of Child Pornography)

Between on or about December 23, 2020, and on or about December 29, 2020, in the Eastern District of Texas, **David Schoolcraft**, defendant, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **David Schoolcraft**, using an instant messaging mobile application, the Internet, and digital devices he owned and possessed, distributed the following visual depictions:

| FILE IDENTIFIER | DESCRIPTION |
|---|---|
| Unknown name: referred to as VIDEO1 | This 1-minute, 3-second video depicts a nude prepubescent female laying on her back with her legs apart while she spreads her genitals with her fingers. What |

| FILE IDENTIFIER | DESCRIPTION |
|---|---|
|  | appears to be an adult digitally penetrates the child's genitals. |
| Unknown name: referred to as VIDEO2 | This video depicts a nude, prepubescent minor sitting with her knee pulled to her chest, exposing her genitals to the camera, rubs her genitals, and inserts a foreign object into her genitals. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant, **David Schoolcraft**, shall forfeit to the United States his interest in the following property, including, but not limited to:

iPhone Xr, model MT3K2LL/A and bearing serial number DNQXT85XKXKN.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

(1) any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3).

Indictment
Page 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____         Date: 3/10/21
MARISA J. MILLER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21CR<br>Judge |
| DAVID SCHOOLCRAFT | § | |

# NOTICE OF PENALTY

## Count One

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

Penalty: Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $ 5000.00

Notice of Penalty
Page 1