IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:21CR65 |
| v. | § | Judge Mazzant |
| | § | |
| DAVID SCHOOLCRAFT | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **David Schoolcraft**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
(972)509-1209 (fax)
Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on December 21, 2021.

/s/
Marisa J. Miller