IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:21CR65 |
| v. | § | Judge Mazzant |
| | § | |
| DAVID SCHOOLCRAFT | § | |

## **ELEMENTS OF THE OFFENSE**

The defendant, **David Schoolcraft (Schoolcraft)**, is charged in Count One of the Information with violating 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography). The elements of the offense that the government must prove beyond a reasonable doubt, but that **Schoolcraft** would admit if his plea is accepted, are:

1. The defendant knowingly possessed an item(s) that contained an image(s) of child pornography;

2. That the material was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; and

3. When the defendant possessed the material, the defendant knew the material contained child pornography.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/
MARISA J. MILLER
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972)509-1201
Marisa.Miller@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by electronic filing to opposing counsel on December 21, 2021.

/s/
Marisa J. Miller