IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| | § | CASE NUMBER 4:21-CR-00065-ALM |
| v. | § § § § | |
| DAVID SCHOOLCRAFT, | § § | |

## WAIVER OF INDICTMENT

I, **DAVID SCHOOLCRAFT,** the defendant herein, am accused of violating Title **18 U.S.C. § 2252A(A)(5)(B) AND (B)(2) - POSSESSION OF CHILD PORNOGRAPHY**, in the Eastern District of Texas and elsewhere, as charged in the Information filed herein. I have been advised of the nature of the charge and of my right. I hereby waive altogether my right to prosecution by Indictment, and choose to permit the Government to proceed by Information.

Signed in open court on December 28, 2021.

_____
Defendant

_____
Attorney for Defendant

BEFORE:

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE