IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No.  4:21CR65<br>Judge Mazzant |
| DAVID SCHOOLCRAFT | § | |

### FACTUAL BASIS

The defendant, **David Schoolcraft**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **David Schoolcraft (Schoolcraft)**, who is changing his plea to guilty, admits that he is the individual charged in the Information.

2. As charged in Count One of the Information, between on or about December 23, 2020, and on or about January 20, 2021, in the Eastern District of Texas, **Schoolcraft** did knowingly possess material, namely, an Apple iPhone Xr, model MT3K2LL/A and bearing serial number DNQXT85XKXKN, that contained one or more images of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and which was produced using materials which had been mailed, shipped, or transported in or affecting interstate and foreign commerce, by any means, including by computer.

3. Specifically, **Schoolcraft** knowingly possessed files of child pornography using the Internet, a communications application, and his Apple iPhone Xr cellular phone. Included among the files **Schoolcraft** possessed were the following:

| DATE & TIME | FILE IDENTIFIER | DESCRIPTION |
|---|---|---|
| December 23, 2020 at approximately 11:09 AM EST | Unknown name – referred to as VIDEO1 | This 29-second video depicts a nude, prepubescent female kneeling with hands bound and performing oral sex on an adult male's erect penis. The child is then depicted laying naked on a bed with her hands, legs, and ankles bound as an adult rubs the child's genitals and digitally penetrates her anus. |
| December 23, 2020 at approximately 3:55 PM EST | Unknown name: referred to as VIDEO2 | This 44-second video depicts a prepubescent female laying on her back. The child then lifts her legs and her pants and underwear are pulled down to expose her genitals. An adult hand then rubs a foreign object on the child's genitals. |
| December 29, 2020 at approximately 8:54 AM EST | Unknown name: referred to as VIDEO3 | This 1-minute, 3-second video depicts a nude prepubescent female laying on her back with her legs apart while she spreads her genitals with her fingers. What appears to be an adult digitally penetrates the child's genitals. |

4.      **Schoolcraft** knew that the images and videos he possessed and distributed depicted children engaged in sexually explicit conduct and did constitute child pornography. **Schoolcraft** also knew that he possessed and distributed images and videos of child pornography, which combined for a converted total of more than 600 images of child pornography. Those images and videos of child pornography included files depicting prepubescent minors, and depictions of sadistic or masochistic abuse or other depictions of violence.

2

5. **Schoolcraft** admits that he committed the offense described in the Indictment at locations throughout Denton County, Texas within the Eastern District of Texas.

6. **Schoolcraft** used computer equipment, including the Apple iPhone Xr cellular phone to possess the images and videos.

7. **Schoolcraft** recognizes that his Apple iPhone Xr cellular phone was not manufactured in the State of Texas and was therefore itself transported in interstate and foreign commerce.

### SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT
### DAVID SCHOOLCRAFT

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 20 De, 2021

DAVID SCHOOLCRAFT
Defendant

### SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 12-20-2021

DARLINA C. CROWDER
Attorney for the Defendant

3